1  Christopher Ryan Miller
   **Humphrey, Farrington & McClain, P.C.**
2  221 West Lexington Avenue, Suite 400
   Independence, MO 64050
3  Telephone: (816) 398-7435
   Fax: (816) 836-8966
4
   Attorneys for Plaintiffs
5

6

7                      UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 3:06-cv-07893-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Thomas and Martha Gray,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc,<br><br>　　　　　　　Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

20    Come now the Plaintiffs and Defendant in the above-entitled action, by and through the
21 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22 stipulate to the dismissal of this action **with prejudice as to all parties**, with each side bearing
23 //
24 //
25 //
26 //
27 //
28 //

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

its own attorneys' fees and costs.

DATED: 1/26, 2011   By: /s/
Humphrey, Farrington & McClain, P.C.
221 West Lexington Avenue, Suite 400
Independence, MO 64050
Telephone: (816) 398-7435
Fax: (816) 836-8966

*Attorneys for Plaintiffs*

DATED: 1/28, 2011   By: /s/
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**